In the Interest of D.F., Plaintiff.

Juvenile Officer, Respondent,

v.

B.F. (Natural Mother), Appellant,

John Doe (Putative Father), Defendant,

E.F. (Putative Father), Defendant.

No. WD 62106.

Missouri Court of Appeals,
Western District.

Aug. 12, 2003.

Joseph M. Backer, Kansas City, MO, for appellant.

Melissa Stanosheck, Kansas City, MO, for respondent.

Jill M. Katz, Kansas City, MO, for plaintiff.

Kenneth J. Berra, Kansas City, MO, for defendant E.F.

Before BRECKENRIDGE, P.J., SPINDEN and HOWARD, JJ.

### ORDER

PER CURIAM:

B.F. (Mother) appeals the termination of her parental rights to her child, D.F., pursuant to § 211.447.2(1), § 211.447.4(2), and § 211.447.4(3), RSMo 2000. Since a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).